FILED
CLERK, U.S. DISTRICT COURT

OCT 31 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

PHONG TAN LUONG,

    Petitioner,

v.

JAMES E. TILTON, and JOHN C. MARSHALL,

    Respondents.

No. CV 07-6484-DOC (RCF)

JUDGMENT

    Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Motion to Dismiss is granted and the Petition is dismissed with prejudice.

DATED: October 31, 2008

/s/ David O. Carter
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE